# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON M. SAIZAN

NO. 2026 KW 0388

**MARCH 19, 2026**

---

In Re:    State of Louisiana, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2101159.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**STAY LIFTED. WRIT GRANTED IN PART AND DENIED IN PART.** The district court's ruling granting the defendant's motion in limine and prohibiting the State from using the defendant's prior conviction is reversed. In a criminal case, every witness by testifying subjects himself to examination relative to his criminal convictions. See La. Code Evid. art. 609.1(A). In the event the defendant testifies at trial, the State will be allowed to cross examine him regarding his prior conviction. In all other respects, the State's writ is denied.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT